[No. 41975-7-I.    Division One.    July 6, 1999.]

EVARISTO ROJAS, *Respondent*, v. THE CITY OF FEDERAL WAY
POLICE DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-24949-0, Michael J. Fox, J., entered
December 30, 1997. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Grosse and Becker, JJ.

[No. 42544-7-I.    Division One.    July 6, 1999.]

GARY M. HUSON, *Appellant*, v. TRANSECURITIES
INTERNATIONAL, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-00641-4, Carol A. Schapira, J., entered
April 21, 1998. *Affirmed* by unpublished opinion per Becker,
J., concurred in by Grosse and Baker, JJ.

[No. 42673-7-I.    Division One.    July 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. C.H.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-01164-7, Laura Inveen, J., entered May 7,
1998. *Affirmed* by unpublished opinion per Ellington, J.,
concurred in by Coleman and Grosse, JJ.

[No. 42769-5-I.    Division One.    July 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
CRABTREE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-08193-5, Faith Ireland, J., entered June 1,
1998. *Dismissed* by unpublished per curiam opinion.